# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Gardaworld Sercurity Services | 11/25/2022 | 266293 | Check | $ 46,411.97 |
| Akorn Operating Company, LLC | Gardaworld Sercurity Services | 12/7/2022 | 266403 | Check | $ 46,653.59 |
| Akorn Operating Company, LLC | Gardaworld Sercurity Services | 1/6/2023 | 266920 | Check | $ 123,383.02 |
| Akorn Operating Company, LLC | Gardaworld Sercurity Services | 2/1/2023 | 267178 | Check | $ 95,586.05 |
| Akorn Operating Company, LLC | Gardaworld Sercurity Services | 2/17/2023 | | Wire | $ 350,000.00 |
| | | | | | $ 662,034.63 |